B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## Middle District of Florida

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Chameleon Custom Solutions Corp.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Associated Printing** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**06-1773531** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**4907 N. Florida Ave.**<br>**Tampa, FL**<br>ZIP Code **33603** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Hillsborough** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

## Type of Debtor
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

## Nature of Business
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

### Tax-Exempt Entity
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

## Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

## Nature of Debts
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

## Filing Fee (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

## Chapter 11 Debtors
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

## Statistical/Administrative Information

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ■ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ■ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Chameleon Custom Solutions Corp.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): **Chameleon Custom Solutions Corp.** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Bernard J. Morse**
Signature of Attorney for Debtor(s)

**Bernard J. Morse 462251**
Printed Name of Attorney for Debtor(s)

**Morse & Gomez, P.A.**
Firm Name

**11268 Winthrop Main Street**
**Suite 102**
**Riverview, FL 33578**

Address

**813-341-8400  Fax: 813-463-1807**
Telephone Number

**July 11, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Carolyn Lawson**
Signature of Authorized Individual

**Carolyn Lawson**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**July 11, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re  **Chameleon Custom Solutions Corp.**  Case No.
Debtor(s)  Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Canon Financial Services Inc<br>14904 CLollections Center Dr<br>Chicago, IL 60693 | Canon Financial Services Inc<br>14904 CLollections Center Dr<br>Chicago, IL 60693 | | | 274,234.26 |
| Cenveo Envelope<br>14001 Inwood Road<br>Dallas, TX 75244 | Cenveo Envelope<br>14001 Inwood Road<br>Dallas, TX 75244 | | | 17,668.75 |
| Comerica Bank<br>PO Box 650282<br>Mail Code<br>Dallas, TX 75265 | Comerica Bank<br>PO Box 650282<br>Mail Code<br>Dallas, TX 75265 | All assets of the Debtor | | 944,000.00<br><br>(120,008.97 secured) |
| Consolidated Mail Svcs.<br>6015 Benjamin Road<br>Tampa, FL 33634 | Consolidated Mail Svcs.<br>6015 Benjamin Road<br>Tampa, FL 33634 | | | 6,695.09 |
| Cornelius Chase<br>3030 Bridgeway<br>Ste. 225<br>Sausalito, CA 94985 | Cornelius Chase<br>3030 Bridgeway<br>Ste. 225<br>Sausalito, CA 94985 | | | 31,000.00 |
| DOUBLE ENVELOPE COMPANY<br>PO BOX 532914<br>Atlanta, GA 30353 | DOUBLE ENVELOPE COMPANY<br>PO BOX 532914<br>Atlanta, GA 30353 | | | 19,009.00 |
| Florida Dept. of Revenue<br>5050 W. Tennessee St.<br>Tallahassee, FL 32399 | Florida Dept. of Revenue<br>5050 W. Tennessee St.<br>Tallahassee, FL 32399 | sales tax | Disputed | 10,286.64 |
| Great American Leasing Corp.<br>PO Box 660831<br>Dallas, TX 75266 | Great American Leasing Corp.<br>PO Box 660831<br>Dallas, TX 75266 | | | 40,332.16 |
| Ikon Financial Services<br>PO Box 740540<br>Atlanta, GA 30374 | Ikon Financial Services<br>PO Box 740540<br>Atlanta, GA 30374 | | | 218,551.11 |
| Liberty Property Trust<br>4631 Woodland Corporate Blvd<br>Tampa, FL 33614 | Liberty Property Trust<br>4631 Woodland Corporate Blvd<br>Tampa, FL 33614 | | | 54,214.25 |

**B4 (Official Form 4) (12/07) - Cont.**

In re **Chameleon Custom Solutions Corp.**      Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| MAC Papers<br>PO Box 930513<br>Atlanta, GA 31193 | MAC Papers<br>PO Box 930513<br>Atlanta, GA 31193 | | | 13,606.34 |
| Mark Beckel<br>15630 Lake Lola Rd<br>Dade City, FL 33523 | Mark Beckel<br>15630 Lake Lola Rd<br>Dade City, FL 33523 | | | 7,727.81 |
| Pitney Bowes<br>PO Box 371887<br>Pittsburgh, PA 15250 | Pitney Bowes<br>PO Box 371887<br>Pittsburgh, PA 15250 | | | 53,439.24 |
| Print South Corporation<br>PO Box 740209<br>Atlanta, GA 30374 | Print South Corporation<br>PO Box 740209<br>Atlanta, GA 30374 | | | 68,961.98 |
| Print Xcel<br>PO Box 536900<br>Atlanta, GA 30353 | Print Xcel<br>PO Box 536900<br>Atlanta, GA 30353 | | | 9,563.99 |
| Secap Finance<br>1313 N. Atlantic<br>3rd Floor<br>Spokane, WA 99201 | Secap Finance<br>1313 N. Atlantic<br>3rd Floor<br>Spokane, WA 99201 | | | 23,428.88 |
| Superior Financial Group<br>165 Lennon Lane<br>Ste. 101<br>Walnut Creek, CA 94598 | Superior Financial Group<br>165 Lennon Lane<br>Ste. 101<br>Walnut Creek, CA 94598 | SBA loan | | 12,500.00 |
| Web Offset Printing<br>12198 44th St. North<br>Clearwater, FL 33762 | Web Offset Printing<br>12198 44th St. North<br>Clearwater, FL 33762 | | | 19,417.73 |
| Wells Fargo Financial Lease<br>PO Box 6434<br>Carol Stream, IL 60197 | Wells Fargo Financial Lease<br>PO Box 6434<br>Carol Stream, IL 60197 | | | 8,006.51 |
| Woods Oviatt Gilman<br>700 Crossroads Building<br>2 State St.<br>Rochester, NY 14616 | Woods Oviatt Gilman<br>700 Crossroads Building<br>2 State St.<br>Rochester, NY 14616 | | | 9,194.19 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **July 11, 2011**      Signature **/s/ Carolyn Lawson**
                                                                    **Carolyn Lawson**
                                                                    **President**

    *Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

In re   **Chameleon Custom Solutions Corp.**                                      ,   Case No. _____

                                    Debtor

                                                                                  Chapter                    **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Carolyn Lawson**<br>**12004 Brewster Dr.**<br>**Tampa, FL 33626** | | **100%** | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **July 11, 2011**                              Signature   **/s/ Carolyn Lawson**
                                                                  **Carolyn Lawson**
                                                                  **President**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                       18 U.S.C §§  152 and 3571.

**0**   continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Middle District of Florida

In re **Chameleon Custom Solutions Corp.**

Debtor(s)

Case No.
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **July 11, 2011**

**/s/ Carolyn Lawson**
**Carolyn Lawson**/**President**
Signer/Title

Chameleon Custom Solutions Corp.
4907 N. Florida Ave.
Tampa, FL 33603

Apex Color
200 North Lee Street
Jacksonville, FL 32204

Cenveo Envelope
14001 Inwood Road
Dallas, TX 75244

Bernard J. Morse
Morse & Gomez, P.A.
11268 Winthrop Main Street
Suite 102
Riverview, FL 33578

Apollo Playing Card Company
3243 S. Jones Street
Fort Worth, TX 76110

Chameleon Design Studio
4907 N. Florida Ave.
Tampa, FL 33603

A&A Printing
6103 Johns Rd
Ste. 5
Tampa, FL 33634

Aramark Refreshment Svcs.
8723 Florida Mining Blvd.
Tampa, FL 33634

Christopher Lawson
PO Box 20311
Tampa, FL 33622

Acura Laminating
1307 W. Gray Street
Tampa, FL 33606

AVW DBA Max Care
P.O. Box 9962
Fort Lauderdale, FL 33310

Class A Electric
PO Box 1492
Lutz, FL 33548

ADT Security System
PO Box 371967
Pittsburgh, PA 15250

Business Cards Tomorrow
200 Hoover Blvd.
Tampa, FL 33609

Colorgraphix
4721 110th Ave. N.
Clearwater, FL 33762

Advertising Specialty Inst.
4800 E St. Road
Mountainville, NY 10953

Cannon Business Solutions
15004 Collections Center Dr.
Chicago, IL 60693

Comerica Bank
PO Box 650282
Mail Code
Dallas, TX 75265

Aegis Mail Services
5477 Jet Port Industrial
Tampa, FL 33634

Canon Financial Services
158 Gaither Dr.
#200
Mount Laurel, NJ 08054

Consolidated Mail Svcs.
6015 Benjamin Road
Tampa, FL 33634

All Binders, Inc.
333 Falkenburg Road N
Tampa, FL 33619

Canon Financial Services Inc
14904 CLollections Center Dr
Chicago, IL 60693

Corey King
PO Box 162862
Atlanta, GA 30321

Amerifactors Financial Group
215 Celebration Place
St. 150
Kissimmee, FL 34747

Carolyn Lawson
12004 Brewster Dr.
Tampa, FL 33626

Cornelius Chase
3030 Bridgeway
Ste. 225
Sausalito, CA 94985

| | | |
|---|---|---|
| Crown Products<br>PO Box 6041<br>Mobile, AL 36660 | E & J SPECIALTIES, INC.<br>1605 EVERGREE DRIVE<br>Rapid City, SD 57702 | Four Corners<br>5202 South MacDill<br>Tampa, FL 33611 |
| Decrevel<br>1836 Soscol Ave.<br>Napa, CA 94559 | E-QUANTUM, INC<br>PO BOX 11155<br>Reno, NV 89510 | Giovanni Carmazzi<br>c/o Port J. Parker, Esq.<br>601 University Ave.,<br>Suite 274<br>Sacramento, CA 95825 |
| Dell Busniess Credit<br>Payment Processing<br>Carol Stream, IL 60197 | EMMA, INC.<br>2120 8TH AVENUE S.<br>Nashville, TN 37204 | Golden Business Forms<br>614 Main Street<br>Golden City, MO 64748 |
| Diamond Diversified Indust.<br>Box 962<br>Calais, ME 04619 | Ervin Leasing Company<br>Dept 77228<br>PO Box 77<br>Detroit, MI 48277 | GRAPHIX CONNECTION<br>210 Tower Drive<br>Oldsmar, FL 34677 |
| Diversified Graphic Svcs.<br>PO Box 152664<br>Tampa, FL 33684 | Ervin Leasing Company<br>3893 Research Park Dr.<br>Ann Arbor, MI 48108 | Great American Leasing Corp.<br>PO Box 660831<br>Dallas, TX 75266 |
| DM STAMPS & SPECIALITIES<br>PO BOX 1029<br>Mankato, MN 56002 | Florida Badges<br>8623 Vivian Bass Way<br>Odessa, FL 33556 | GTL Office Plus<br>2929 Combee Rd.<br>Lakeland, FL 33803 |
| DOUBLE ENVELOPE COMPANY<br>PO BOX 532914<br>Atlanta, GA 30353 | Florida Dept. of Revenue<br>5050 W. Tennessee St.<br>Tallahassee, FL 32399 | Gulf Coast Imprinting<br>2050 Tower Drive<br>Oldsmar, FL 34677 |
| Doug Belden, Tax Collector<br>Hillsborough County<br>PO Box 172920<br>Tampa, FL 33672-0920 | Florida Envelope Company<br>9208 Palm River Rd.<br>#302<br>Tampa, FL 33619 | HILLSBOROUGH AVE.SELF STOR<br>3413 W. Hillsborough Ave.<br>Tampa, FL 33614 |
| DYNAMIC SIGNS<br>10452 GREENDALE DRIVE<br>Tampa, FL 33626 | Formstore, Inc.<br>1614 Headland Drive<br>Fenton, MO 63026 | Hitchcock & Associates, Inc.<br>17827 Green Willow Drive<br>Tampa, FL 33647 |

| | | |
|---|---|---|
| Idearc Media<br>PO Box 619009<br>Dallas, TX 75261 | J.K.& M Ink<br>4714 Hatcher Ave. N.<br>Tampa, FL 33614 | Mark Master<br>11111 N. 46th Streeet<br>Tampa, FL 33617 |
| Idex International<br>14501 McCormick Drive<br>Tampa, FL 33626 | JW Computer Svcs., Inc.<br>1707 Oak Pond Court<br>Oldsmar, FL 34677 | Navitor<br>1625 Roe Crest Drive<br>Mankato, MN 56003 |
| Ikon Financial Services<br>PO Box 740540<br>Atlanta, GA 30374 | Landmark Engineering<br>1707 Oak Pond Court<br>Oldsmar, FL 34677 | Nebraska Printing<br>PO Box 21232<br>Tampa, FL 33622 |
| Ikon Financial Services<br>c/o Cohn & Dussi, LLC<br>300 Trade Center, Ste. 3700<br>Woburn, MA 01801 | Liberty Property Trust<br>4631 Woodland Corporate Blvd<br>Tampa, FL 33614 | Nebraska Printing &<br>Lithographing Co., Inc.<br>4411 W. Tampa Bay Blvd.<br>Tampa, FL 33614 |
| Ikon Office Solutions<br>6700 Sugarloaf Pkwy<br>Duluth, GA 30099 | Lion Circle Corp.<br>4600 W. 72nd Street<br>Chicago, IL 60629 | Penske Truck Leasing<br>PO Box 827380<br>Philadelphia, PA 19182 |
| Imagery Group, Inc.<br>2603 Cruzen Street<br>Nashville, TN 37211 | MAC Papers<br>PO Box 930513<br>Atlanta, GA 31193 | Pepco Promotional Products<br>PO Box 959<br>Wharton, TX 77488 |
| Infinity Business Solutions<br>4902 Eisenhower Blvd.<br>Suite 250<br>Tampa, FL 33634 | Mail Rite<br>5489 Jet Port Industrial<br>Tampa, FL 33634 | Pitney Bowes<br>PO Box 371887<br>Pittsburgh, PA 15250 |
| Ivan Figueroa<br>13405 Fawn Springs Dr.<br>Tampa, FL 33626 | Mail Supply Direct<br>10014 N. Dale Mabry Highway<br>Tampa, FL 33618 | Pitney Bowes<br>PO Box 371896<br>Pittsburgh, PA 15250 |
| J J I International, Inc.<br>PO Box 603331<br>Providence, RI 02906 | Mark Beckel<br>15630 Lake Lola Rd<br>Dade City, FL 33523 | Pitney Bowes Global<br>Financial Services, LLC<br>27 Waterview Dr.<br>Shelton, CT 06484 |

| | | |
|---|---|---|
| Print South Corporation<br>PO Box 740209<br>Atlanta, GA 30374 | Secap Finance<br>1313 N. Atlantic<br>3rd Floor<br>Spokane, WA 99201 | Trade Envelope Inc.<br>PO Box 841741<br>Dallas, TX 75284 |
| Print Xcel<br>PO Box 536900<br>Atlanta, GA 30353 | Secap Finance<br>PO Box 405371<br>Atlanta, GA 30384 | Transamerica Retirement Ser<br>8488 Shepherd Farm Dr.<br>West Chester, OH 45069 |
| Printegra<br>PO Box 6442746<br>Pittsburgh, PA 15264 | Sprint<br>PO Box 8077<br>London, KY 40742 | U.S. Small Business Admin.<br>400 N. Tampa St.<br>Ste. 3000<br>Tampa, FL 33602 |
| Proveer<br>5503 Pioneer Park Blvd.<br>Tampa, FL 33634 | Superior Financial Group<br>165 Lennon Lane<br>Ste. 101<br>Walnut Creek, CA 94598 | Uline<br>2200 S. Lakeside Dr.<br>Waukegan, IL 60085 |
| Quick Pak Inc<br>1100 N. 28th St.<br>Tampa, FL 33605 | Superior Trade<br>5326 W. Crenshaw St.<br>Tampa, FL 33634 | Ultra Pure Bottle Water Inc.<br>5202 S. Lois Ave.<br>Tampa, FL 33611 |
| Ram Services, Inc.<br>4920 Murray Hill Dr.<br>Tampa, FL 33615 | Tampa Bay Digital services<br>4710 Eisenhower Blvd.<br>Tampa, FL 33634 | University Sports Publicatio<br>16057 Tampa Palms Blvd.<br>Tampa, FL 33647 |
| Redd Paper Company<br>5517 W. Sligh Ave.<br>Tampa, FL 33634 | Tampa Electric<br>PO Box 31318<br>Tampa, FL 33631 | Verizon<br>PO Box 920041<br>Dallas, TX 75392 |
| Rotary Print USA<br>PO BOx 567<br>Manchester, GA 31816 | The Positive Line<br>15 Gilpin Ave.<br>Shoreham, NY 11786 | Waste Management Tampa<br>PO Box 105453<br>Atlanta, GA 30348 |
| Sanmar<br>PO Box 643693<br>Cincinnati, OH 45267 | The Print Shop<br>7031 Benjamin Rd.<br>Ste<br>Tampa, FL 33634 | Web Offset Printing<br>12198 44th St. North<br>Clearwater, FL 33762 |

Wells Fargo Financial Lease
PO Box 6434
Carol Stream, IL 60197


Wilmer
PO Box 644039
Pittsburgh, PA 15264


Windstream Communications
Two North Main St.
Greenville, SC 29601


Woods Oviatt Gilman
700 Crossroads Building
2 State St.
Rochester, NY 14616

# United States Bankruptcy Court
## Middle District of Florida

In re  **Chameleon Custom Solutions Corp.**                                    Case No.
                                    Debtor(s)                                  Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Chameleon Custom Solutions Corp.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **July 11, 2011** | **/s/ Bernard J. Morse** |
| Date | **Bernard J. Morse 462251** |
| | Signature of Attorney or Litigant |
| | Counsel for  **Chameleon Custom Solutions Corp.** |
| | **Morse & Gomez, P.A.** |
| | **11268 Winthrop Main Street** |
| | **Suite 102** |
| | **Riverview, FL 33578** |
| | **813-341-8400 Fax:813-463-1807** |